FILED

1    Stuart Paynter (SBN 226147)
      The Paynter Law Firm PLLC
2    1200 G Street NW, Suite 800
      Washington, DC 20005
3    Tel. (202) 626-4486
4    Fax (866) 734-0622
5    E-mail: stuart@paynterlawfirm.com

6    Walter H. Sargent (*pending pro hac vice*)
7    Walter H. Sargent, PC
      1632 North Cascade Avenue
8    Colorado Springs, CO 80907
9    Tel: (719) 577-4510
      Fax: (719) 577-4696
10   E-mail: wsargent@wsargent.com

11

12   *Attorneys for Plaintiffs and the Class*

12 NOV 13 PM 3: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

13          UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA

15   REECE PHILIP THOMSON and    SACV12 1981 DOC(RNBx)
      ASHLEY CEPHAS,  individually and on
16   behalf of all others similarly situated,   CLASS ACTION

17                      NOTICE OF RELATED CASE
                 Plaintiffs,   AND REQUEST FOR TRANSFER
18                        PURSUANT TO L.R. 83-1.3 AND
      v.                    GENERAL ORDER NO. 08-05
19
      HYUNDAI MOTOR AMERICA, and
20   KIA MOTORS AMERICA, INC.,

21

22                  Defendants.

23

24

25        Plaintiffs Reece Philip Thomson and Ashley Cephas, by and through counsel,

26   state:

27                        - 1 –

28   NOTICE OF RELATED CASE AND
      REQUEST FOR TRANSFER

1. Local Rule 83-1.3 mandates that parties file a "Notice of Related Case(s), stating whether any action previously filed or currently pending in the Central District and the action being filed" appear to be related.

2. This case arises out of the misrepresentations, concealment, and non-disclosure of incorrect fuel economy numbers in certain Hyundai and Kia automobiles whose EPA fuel economy ratings were less than the fuel economy rating produced by the applicable federal test.

3. On November 2, 2012, an action was filed in the United States District Court, Central District of California, captioned *Nicole Marie Hunter, Brandon Bowron, and Giuseppina Roberto, individually and on behalf of all others similarly situated vs. Hyundai Motor America, and Kia Motors America, Inc.*, No. SA CV12-01909-JVS(JPRx).

4. On November 5, 2012, an action was filed in the United States District Court, Central District of California, captioned *Jeremy Wilton, individually and on behalf of all others similarly situated vs. Hyundai Motor America, and Kia Motors America, Inc.*, No. SA CV12-1917-JVS(ANx).

4. On November 6, 2012, an action was filed in the United States District Court, Central District of California, captioned *Kaylene P. Brady, et al., individually and on behalf of all others similarly situated vs. Hyundai Motor America, and Kia Motors America, Inc.*, No. SA CV12-01930-AG(MLGx).

5. This action is related to the *Hunter*, *Wilton* and *Brady* actions, in that they all:

a. Arise from the same or a closely related transaction, happening or event, specifically, certain Hyundai or Kia automobiles whose EPA fuel economy ratinges were less than the fuel economy rating produced by the applicable federal test.

b. Name the same defendants and allege similar causes of action;

- 2 -

NOTICE OF RELATED CASE
AND REQUEST FOR TRANSFER

1        c.    Call for determination of the same or substantially related or similar

2    questions of law and fact; and

3        d.    Are likely to entail substantial duplication of labor if heard by different

4    judges.

5        6.    General Order No. 08-05 provides, in relevant part under Section 5.2:

6    "Whenever a party files a Notice of Related Cases indicating that any one or more of

7    the above circumstances set forth in Section 5.1 exist, the Clerk shall prepare a

8    proposed transfer order to be reviewed by the judge to whom the case first filed was

9    assigned (the transferee judge).  The Clerk shall also simultaneously provide an

10   informational copy of the proposed transfer order to the judge randomly assigned to

11   the case later filed (the transferor judge)."

12       7.    Accordingly, pursuant to L.R. 83-1.3 and General Order No. 08-05,

13   Plaintiffs respectfully request this action be transferred to the Honorable James V.

14   Selna.

15

16   DATED: November 13, 2012        The Paynter Law Firm PLLC

17

18                                       By: _____

19                                     Stuart Paynter (SBN 222304)

20                                     The Paynter Law Firm PLLC

                                      1200 G Street NW, Suite 800

21                                     Washington, DC 20005

22                                     Tel. (202) 626-4486

                                      Fax (866) 734-0622

23                                     E-mail: stuart@paynterlawfirm.com

24

25

26

27                                         - 3 -

28   NOTICE OF RELATED CASE
    AND REQUEST FOR TRANSFER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Walter H. Sargent (*pending pro hac vice*)
Walter H. Sargent, PC
1632 North Cascade Avenue
Colorado Springs, CO 80907
Tel: (719) 577-4510
Fax: (719) 577-4696
E-mail: wsargent@wsargent.com

*Attorneys for Plaintiffs and the Class*

- 4 -

NOTICE OF RELATED CASE
AND REQUEST FOR TRANSFER